O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARIDEH SHEMIRANI, | ) | Case No. CV 11-04123 DDP (Ex) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION TO REMAND** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICES, | ) | [Motion filed on 8/11/11] |
| Defendants. | ) | |

Presently before the court is Defendant's Motion to Remand to the Agency for Adjudication. Because Plaintiff has not filed any opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

///

The hearing on Defendant's motion was set for September 12, 2011.  Plaintiff's opposition was therefore due by August 22, 2011.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to remand, and GRANTS the motion.

IT IS SO ORDERED.


Dated: August 31, 2011

DEAN D. PREGERSON
United States District Judge